# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **PHAETHON INTERNATIONAL CO. S.A.,** | § § | |
| *Plaintiff*, | § § | Civil Action No.:  1:14-cv-465 |
| -against- | § § | **ADMIRALTY** |
| **LOUIS DREYFUS CORPORATION,** | § § § | |
| *Defendant.* | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, PHAETHON INTERNATIONAL CO. S.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Respectfully submitted,

Date:   September 12, 2014
           Houston, TX

CHALOS & CO, P.C.

By:   /s/ George M. Chalos
        George M. Chalos
        Texas Bar No. 24077854
        Federal Id No. 623727
        55 Hamilton Avenue
        Oyster Bay, NY 11771
        Telephone: (516) 714-4300
        Facsimile:  (516) 750-9051
        Email: gmc@chaloslaw.com

*Attorneys for Plaintiff*
**PHAETHON INTERNATIONAL CO. S.A**